58860. PAGE DRUGS et al. v. COX.

Carley, Judge.

After further consideration, we conclude that the application for interlocutory appeal in this case was improvidently granted and the appeal is, therefore, dismissed.

*Appeal dismissed. Deen, C. J., and Shulman, J., concur.*

ARGUED NOVEMBER 5, 1979 — DECIDED FEBRUARY 7, 1980.

*Richard A. Childs, Ben B. Philips,* for appellants.
*James E. Butler, Jr.,* for appellee.